

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2020

No. 04-19-00284-CV

**IN THE ESTATE OF** Ronald Craig **BURNS,** Deceased,

From the County Court, Karnes County, Texas
Trial Court No. 2017-006047
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellants have filed an unopposed motion to extend the deadline to file a motion for rehearing. Appellants' motion is GRANTED. It is ORDERED that any motion for rehearing is due no later than February 21, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2020.

MICHAEL A. CRUZ,
Clerk of Court